FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC CANO<br><br>　　　　　　Defendant. | Case No. CR 01-730-GAF<br><br>**ORDER RE: MOTION TO MODIFY OR TERMINATE CONDITIONS OF PROBATION** |

　　The Court has read and considered Defendant's Motion to Modify Conditions of Probation and for Discharge of Probation and Order of Restitution. The motion to terminate supervision is **DENIED**. The motion to terminate defendant's obligation to make restitution is **DENIED**.

　　With respect to the request to modify travel conditions, the Court will accept a stipulation from the parties, subject to review and approval by the United States Probation Department, to modify the conditions of probation relating to travel. If

//
//
//

1 | the parties can reach agreement on that subject, an appropriate stipulation and
2 | order should be submitted to the Court for signature.

    IT IS SO ORDERED.

DATED: May 20, 2008

Judge Gary Allen Feess
United States District Court